IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3084 |
| | ) | |
| V. | ) | |
| | ) | |
| JUSHAN FARNOLD MALONE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons expressed in the government's brief (filing 42)

IT IS ORDERED that the defendant's motion to compel filing of Rule 35 motion and request for counsel (filing 41) is denied.

DATED this 13th day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge