IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3084 |
| V. | ) | |
| JUSHAN FARNOLD MALONE, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's "pro se motion to amend the U.S. Probation Department's Pre-Sentence Report" (filing 46) is denied.

DATED this 15th day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge